

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00266-CR

Eric Gonzales **FABRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A16291
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to delete the requirement that appellant Eric Gonzales Fabro pay the costs of court-appointed counsel, assessed at $5,000 in the judgment, but assessed at $8,492 in the Kerr County District Clerk's bill of cost. The trial court's judgment is AFFIRMED AS MODIFIED.

The Kerr County District Clerk, Robin Burlew, is ORDERED to delete the assessment for attorney's fees from the bill of costs in this case, and to prepare and certify a corrected bill of costs.

SIGNED June 27, 2018.

Luz Elena D. Chapa, Justice